IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DIONTE JERMAINE DAVIS,**

    **Petitioner,**

v.                                                        Case No. 4:16cv401-MW/CJK

**FLORIDA DEPARTMENT
OF CORRECTIONS SECRETARY,**

    **Respondent.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 33. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating the following:

    1.    The Respondent's motion to dismiss, ECF No. 26, is **GRANTED**.

    2.    Petitioner's motion to stay this case, ECF No. 32, is **DENIED**.

    3.    The petition for writ of habeas corpus, ECF No. 1, challenging the judgment of conviction and sentences in *State of Florida v. Dionte Jermaine*

1

*Davis*, Madison County Circuit Court Case No. 10-CF-98, is **DISMISSED with prejudice**.

    4.    A certificate of appealability is **DENIED**.

Finally, the Clerk shall close the file.

**SO ORDERED on September 28, 2017.**

                                **s/Mark E. Walker**  
                                **United States District Judge**