IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DIONTE JERMAINE DAVIS,**

    **Petitioner,**

v.                                                       Case No. 4:16cv401-MW/CJK

**FLORIDA DEPARTMENT
OF CORRECTIONS SECRETARY,**

    **Respondent.**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 33, and has also reviewed *de novo* Petitioner's timely objections to the report and recommendation. ECF No. 40. Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating the following:

    1.     The Respondent's motion to dismiss, ECF No. 26, is **GRANTED**.

    2.     Petitioner's motion to stay this case, ECF No. 32, is **DENIED**.

    3.     The petition for writ of habeas corpus, ECF No. 1, challenging the judgment of conviction and sentences in *State of Florida v. Dionte Jermaine*

1

*Davis*, Madison County Circuit Court Case No. 10-CF-98, is **DISMISSED with prejudice**.

    4.    A certificate of appealability is **DENIED**.

    5.    The Clerk shall close the file.

**SO ORDERED on October 27, 2017.**

                                  **s/Mark E. Walker**           
                                  **United States District Judge**